IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| George Greenwood, Jr. and Tene Greenwood | ) | Civil Action No.: 8:22-CV-00457-HMH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **WITHDRAWAL OF APPEARANCE** |
| | ) | |
| West Fraser, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 83.I.07, attorney Chance Farr respectfully seeks an Order from the Court allowing withdrawal of his appearance in the above-captioned matter. Chance Farr will be departing McGowan, Hood, Felder & Phillips, LLC within approximately thirty (30) days.

Plaintiffs will now be represented by attorney Ashley White Creech, who is also with the law firm McGowan, Hood, Felder & Phillips, LLC. Ms. Creech is filing a Notice of Appearance contemporaneously with this Withdrawal of Appearance.

Plaintiffs George Greenwood, Jr. and Tene Greenwood consent to this substitution.

    Respectfully submitted,

    s/Chance M. Farr
    Chance M. Farr (Fed ID No. 12522)
    McGowan, Hood, Felder & Phillips, LLC
    1539 Health Care Drive
    Rock Hill, South Carolina 29732
    803-327-7800 (phone)
    803-327-5656 (facsimile)
    cfarr@mcgowanhood.com

    Ashley White Creech

McGowan, Hood, Felder & Phillips, LLC
1539 Health Care Drive
Rock Hill, SC 29732
803-327-7800 (phone)
803-327-5656 (facsimile)

February 15, 2022
Rock Hill, SC